

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

Reply to Northern Division Address

December 21, 2012

Central District of California
Edward R. Roybal Federal Building
255 East Temple Street
Los Angeles, CA 90012-3332

      Re:    MyKey Technology, Inc. vs. Intelligent Computer Solutions, Inc.
             Civil Action No.:  JFM-12-2719

Dear Clerk:

☒    On December 21, 2012, an Order was filed transferring the above-captioned case to your Court.  Enclosed is a certified copy of the Order and docket entries.

☐    On , an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

☐    Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your court pursuant to Fed. R. Crim. P. 20(a).  Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

Thank you for your cooperation and courtesy in this matter.

                              Sincerely,

                              Felicia C. Cannon, Clerk

                By:          /s/
                            Deputy Clerk

Enclosure

Received by:  Name.
Date: Click here to enter a date.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

New Case No.: <u>Case No.</u>

Letter transferring case (Rev. 02/26/2002)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**